# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1072     Short Title: Steri-Tech vs US EPA

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Steri-Tech, Inc. _____ as the

[ ] appellant(s)        [ ] appellee(s)         [ ] amicus curiae

[✔] petitioner(s)       [ ] respondent(s)       [ ] intervenor(s)

_____     01/22/2024
Signature                     Date

Rafael A. Toro-Ramirez
Name

Toro & Arsuaga, LLC           787-299-1100
Firm Name (if applicable)     Telephone Number

PO Box 11064                  _____
Address                       Fax Number

San Juan, PR 00922-1064       rtoro@toro-arsuaga.com
City, State, Zip Code         Email (required)

Court of Appeals Bar Number: 27304

Has this case or any related case previously been on appeal?

[✔] No      [ ] Yes   Court of Appeals No._____

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).