# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

STERI-TECH, INC.

      PETITIONERS

      v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,
REGION 2, CARIBBEAN
ENVIRONMENTAL PROTECTION
DIVISION

      RESPONDENT

Docket No. 24-1072

## CORPORATE DISCLOSURE STATEMENT

Petitioners, Steri-Tech, Inc. ("STI") hereby notifies this Court that it is a nongovernmental corporate party to this proceeding that does not have any parent corporation and no publicly held corporation that owns 10% or more of its stocks, in compliance with Rule 26.1 of the Federal Rules of Appellate Procedure.

It is hereby certified that on this same date I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system.

I further certify that on this same date I served a copy of the foregoing document by electronic mail on the US Environmental Protection Agency's legal representatives, Ms. Evelyn Rivera-Ocasio, Esq. and Mr. Héctor L. Vélez Ortiz, Esq.

Dated January 22, 2024.

Respectfully submitted,

**STERI-TECH, INC.**


*/s/ Rafael A. Toro-Ramírez*
Rafael A. Toro-Ramírez
rtoro@toro-arsuaga.com
Bar No. 27304

TORO & ARSUAGA, LLC
P.O. Box 11064
San Juan, P.R.  00922-1064
Tel 787.299-1100
Fax 787.793.1146