# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| STERI-TECH, INC.<br><br>PETITIONERS<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION 2, CARIBBEAN ENVIRONMENTAL PROTECTION DIVISION<br><br>RESPONDENT | Docket No. 24-1072 |

## INFORMATIVE MOTION REGARDING TIMELINESS FILING

Petitioner, Steri-Tech, Inc. ("STI" or "Petitioner") hereby files this Informative Motion regarding the effective date of the Administrative Compliance Order CAA-02-2024-1001 ("Order") appealed, and the timeliness of filing of the Petition for review by this Honorable Court. The sequence of pertinent events regarding time to file the Petition are as follows:

1) <u>October 23, 2023</u> - the EPA issued the Order.

2) <u>November 7, 2023</u> - Petitioner and EPA held a telephone conference about the Order where Petitioner raised concerns about certain findings of fact and conclusions of law, and requested that EPA reconsider those findings and conclusions. Petitioner further suggested that EPA should re-issue an amended Order with different findings and conclusions to address its concerns, particularly with respect to the 2021 thermal oxidizer (TO) performance test, and the test results that EPA had previously rejected.

3) <u>November 9, 2023</u> - EPA concluded its evaluation and responded to the requests made by

Petitioner, and notified its decision not to amend the Order, and reiterated its effect pursuant to Section 113(a)(4) of the CAA. See attached email from EPA to Petitioner's counsel, Mr. Luis Migenis.

Pursuant to the Order, its effective date is ten (10) days after the conference is held. In the instance set of events, the requests made by Petitioner were responded to on November 9, 2023, when EPA negated Petitioner's requests and indicated the effectiveness of the Order, thereby setting the date that the Order became effective ten (10) days thereafter, that is, November 19, 2023, and not November 17, 2023, as initially indicated in the last paragraph of the Petition. The time to file the Petition is sixty (60) days after the effective date, that is January 18, 2024. Hence, the Petition was timely filed on January 17, 2024.

<u>Dated January 24, 2024</u>

Respectfully submitted,

**STERI-TECH, INC.**

*/s/ Rafael A. Toro Ramirez*
Rafael A. Toro-Ramírez
rtoro@toro-arsuaga.com
Bar No. 27304

TORO & ARSUAGA, LLC
P.O. Box 11064, San Juan, P.R. 00922-1064
Tel 787.299-1100, Fax 787.793.1146

# CERTIFICATE OF SERVICE

I, Rafael A. Toro Ramírez, attorney for Steri-Tech, Inc., hereby CERTIFY that on this day I served by electronic mail true and exact copy of this Informative Motion to Ms. Evelyn Rivera-Ocasio, Esq. [rivera-ocasio.evelyn@epa.gov](mailto:rivera-ocasio.evelyn@epa.gov) and Mr. Héctor L. Vélez, Esq. [velez.hector@epa.gov](mailto:velez.hector@epa.gov) , both attorneys for the EPA's CEPD. The copy includes the Exhibits to the Petition.

In San Juan, Puerto Rico, this 24th day of January 2024.

*/s/ Rafael A. Toro Ramírez*
Rafael A. Toro-Ramírez
rtoro@toro-arsuaga.com
Bar No. 27304

TORO & ARSUAGA, PSC
P.O. Box 11064
San Juan, P.R. 00922-1064
Tel 787.299-1100
Fax 787.793.1146