# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| STERI-TECH, INC.<br><br>PETITIONERS<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION 2, CARIBBEAN ENVIRONMENTAL PROTECTION DIVISION<br><br>RESPONDENT | Docket No. 24-1072 |

## MOTION INCLUDING ATTACHMENT TO INFORMATIVE MOTION REGARDING TIMELINESS FILING (ENTRY ID: 6617747)

Petitioner, Steri-Tech, Inc. ("STI" or "Petitioner") hereby includes the attachment to Informative Motion (Entry ID: 6617747) that was inadvertently omitted when filed earlier today.

See attached document.

Dated January 24, 2024

                                                                                     Respectfully submitted,

                                                                                     **STERI-TECH, INC.**

                                                                                      */s/ Rafael A. Toro Ramirez*
                                                                                      Rafael A. Toro-Ramírez
                                                                                      rtoro@toro-arsuaga.com
                                                                                      Bar No. 27304

                                                                                      TORO & ARSUAGA, LLC
                                                                                      P.O. Box 11064, San Juan, P.R. 00922-1064
                                                                                      Tel 787.299-1100, Fax 787.793.1146

## CERTIFICATE OF SERVICE

I, Rafael A. Toro Ramírez, attorney for Steri-Tech, Inc., hereby CERTIFY that on this day I served by electronic mail true and exact copy of this Informative Motion to Ms. Evelyn Rivera-Ocasio, Esq. rivera-ocasio.evelyn@epa.gov and Mr. Héctor L. Vélez, Esq. velez.hector@epa.gov , both attorneys for the EPA's CEPD. The copy includes the Exhibits to the Petition.

In San Juan, Puerto Rico, this 24th day of January 2024.

*/s/ Rafael A. Toro Ramírez*
Rafael A. Toro-Ramírez
rtoro@toro-arsuaga.com
Bar No. 27304

TORO & ARSUAGA, PSC
P.O. Box 11064
San Juan, P.R. 00922-1064
Tel 787.299-1100
Fax 787.793.1146



Rafael Toro <rtoro@toro-arsuaga.com>

## Fwd: ACO Conference Follow-up
1 message

**Luis Migenis** <lmigenis@gmail.com>  Thu, Jan 18, 2024 at 11:45 AM
To: Rafael Toro <rtoro@toro-arsuaga.com>

Email de EPA sobre conference.

---------- Forwarded message ---------
From: **Ihlenburg, Erick** <Ihlenburg.Erick@epa.gov>
Date: Thu, Nov 9, 2023 at 4:00 PM
Subject: ACO Conference Follow-up
To: lmigenis@gmail.com <lmigenis@gmail.com>
Cc: Andres Vivoni <avivoni@steri-tech.com>, Rivera, Alex <Rivera.Alex@epa.gov>, Patel, Hannah <Patel.Hannah@epa.gov>, Patel, Harish <Patel.Harish@epa.gov>, Buettner, Robert <Buettner.Robert@epa.gov>, Villatora, Liliana <Villatora.Liliana@epa.gov>, Velez, Hector <Velez.Hector@epa.gov>, Rivera-Ocasio, Evelyn (she/her/hers) <Rivera-Ocasio.Evelyn@epa.gov>, Tarpeh, Travis <Tarpeh.Jaryeneh@epa.gov>

Luis,

On November 7, 2023, representatives from Steri-Tech Inc. (STI) and the Environmental Protection Agency (EPA), Region 2, met to confer about the Administrative Compliance Order (ACO) that EPA issued on October 23, 2023. During the ACO conference, STI raised concerns about certain findings of fact and conclusions of law as alleged in the ACO, and requested that EPA reconsider those findings and conclusions. STI further suggested that EPA should re-issue an amended ACO with different findings and conclusions to address STI's concerns. Specifically, STI disagrees with EPA's findings and conclusions with respect to the 2021 thermal oxidizer (TO) performance test, and the test results that EPA rejected by letter dated April 7, 2022.

Based on EPA's review of the documentation in the record, EPA will not amend the ACO. Pursuant to Section 113(a)(4) of the Clean Air Act, the ACO takes effect as issued. Please reach out if you have any questions.

Erick

Erick R. Ihlenburg

Assistant Regional Counsel

U.S. Environmental Protection Agency, Region 2

290 Broadway, 16th Floor

New York, New York 10007

Phone: (212) 637-3250

CONFIDENTIAL:  This communication may contain enforcement sensitive and/or deliberative, attorney-client or otherwise privileged material. Any unauthorized viewing or use of such material is strictly prohibited. If you received this message in error, please notify the sender and delete this message. Do not release under FOIA without appropriate review.

--
Luis E. Migenis-López, Esq.
Law Offices of Luis E. Migenis
PO Box 192335
San Juan, Puerto Rico
00919
Office:  787-754-4455
Fax:     787-771-9361
e-mail: lmigenis@gmail.com

Notice of Confidentiality:
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or attorney/client privileged material.  Any review re-transmission dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.  If you received this in error please contact the sender immediately by return electronic transmission and then immediately delete this transmission including all attachments without copying distributing or disclosing same.