

USPS TRACKING #



9402 7209 1284 7647 45

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

States
Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2500
Boston, MA 02210

CM: Jenn 24-1077

# 70200640000154779017

 Copy     Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:15 am on January 22, 2024 in WASHINGTON, DC 20460.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20460
January 22, 2024, 8:15 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
January 22, 2024, 6:05 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
January 21, 2024, 10:56 pm

● Hide Tracking History

What Do USPS Tracking Statuses Mean?

Feedback