# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1072          **Short Title:** Steri-Tech, Inc. v. EPA

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

United States Environmental Protection Agency _____ as the

[  ] appellant(s)          [  ] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)         [✓] respondent(s)         [  ] intervenor(s)

_____          02/01/2024 _____
Signature                                          Date

Samuel B. Stratton _____
Name

U.S. Department of Justice, Environment & Natural Resources Division          (202) 514-6535 _____
Firm Name (if applicable)                                                     Telephone Number

150 M St. NE _____          (202) 353-1156 _____
Address                                         Fax Number

Washington, DC 20002 _____          samuel.stratton@usdoj.gov _____
City, State, Zip Code                                   Email (required)

Court of Appeals Bar Number: 1211326 _____

Has this case or any related case previously been on appeal?

[✓] No          [  ] Yes   Court of Appeals No. _____

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).