# United States Court of Appeals
## For the First Circuit

No. 24-1072

STERI-TECH, INC.,

Petitioner,

v.

US ENVIRONMENTAL PROTECTION AGENCY, REGION II, CARIBBEAN
ENVIRONMENTAL PROTECTION DIVISION,

Respondent.

**NOTICE**
Issued: February 6, 2024

Our records indicate that the attorney listed below has not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, [www.ca1.uscourts.gov](www.ca1.uscourts.gov), and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, [www.ca1.uscourts.gov](www.ca1.uscourts.gov), under "Forms & Instructions."

**After February 20, 2024, the clerk's office will no longer send paper copies of court issued documents to the following attorney, unless they register for a CM/ECF account prior to that date.**

Evelyn Rivera-Ocasio

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Jennifer - (617) 748-9885

cc:
Mariana E. Bauzá Almonte
Evelyn Rivera-Ocasio
Samuel B. Stratton
Rafael Toro-Ramírez
Héctor Luis Vélez Cruz