# United States Court of Appeals
## For the First Circuit

No. 24-1072

STERI-TECH, INC.,

Petitioner,

v.

US ENVIRONMENTAL PROTECTION AGENCY, REGION II, CARIBBEAN
ENVIRONMENTAL PROTECTION DIVISION,

Respondent.

**NOTICE**
Issued: February 21, 2024

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorney has failed to register for an account and will no longer receive notice in this case: Evelyn Rivera-Ocasio

The following attorneys will continue to receive notice in this case:

Mariana E. Bauzá Almonte, Samuel B. Stratton, Rafael Toro-Ramírez, Hector Luis Vélez Cruz

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Jennifer - (617) 748-9885

cc: Mariana E. Bauzá Almonte, Evelyn Rivera-Ocasio, Samuel B. Stratton, Rafael Toro-Ramírez, Hector Luis Vélez Cruz