# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| STERI-TECH, INC., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 24-1072 |
| | ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF FILING CERTIFIED INDEX
## TO THE ADMINISTRATIVE RECORD

Respondent United States Environmental Protection Agency hereby gives notice of the filing of the certified index to the record for the administrative compliance order that is the subject of this petition for review. Attached to this notice are the certification and index of documents that compose the record for judicial review.

Respectfully submitted,

TODD S. KIM
Assistant Attorney General

/s/ Samuel B. Stratton
SAMUEL B. STRATTON, Trial Attorney
First Circuit Bar # 1211326
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section

P.O. Box 7611
Washington, D.C. 20044
(202) 514-6535
*Counsel for Respondent*

*Of counsel*:
Héctor Luis Vélez Cruz
U.S. Environmental Protection Agency
Region 2
City View Plaza II, Ste 7000
Guaynabo, PR 00968-8069

Dated: February 28, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2024, I electronically filed the foregoing Notice of Filing Certified Index to the Administrative Record with the United States Court of Appeals for the First Circuit using the CM/ECF system, and that this document will be served electronically on all counsel of record.

/s/ Samuel B. Stratton
SAMUEL B. STRATTON
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-6535
samuel.stratton@usdoj.gov

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| STERI-TECH, INC., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 24-1072 |
| | ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

## CERTIFICATION OF INDEX TO THE ADMINISTRATIVE RECORD

I, Hector Velez, am the Acting Director of the Caribbean Environmental Protection Division, for the U.S. Environmental Protection Agency, Region 2. I hereby certify that, to the best of my knowledge and belief, the documents listed in the attached index comprise the true and complete administrative record of EPA's October 23, 2023, Administrative Compliance Order number CAA-02-2024-1001, in the matter of Steri-Tech, Inc.

Dated: 2-28-2024

HECTOR VELEZ-CRUZ
Digitally signed by HECTOR VELEZ-CRUZ
Date: 2024.02.28 11:59:53 -04'00'

Hector Velez, Acting Director
Caribbean Environmental Protection Division
U.S. EPA Region 2

# ADMINISTRATIVE RECORD FOR ADMINISTRATIVE COMPLIANCE ORDER CAA-02-2024-1001

| NUMBER | TITLE/DESCRIPTION |
|---|---|
| **A.** | **Thermal Oxidizer Compliance History** |
| A.1 | EPA Inspection Report for December 12, 2018, Compliance Evaluation of Steri-Tech, Inc. Facility (signed March 1, 2019) |
| A.2 | E-mail from EPA to Steri-Tech, Inc. Transmitting December 2018 Inspection Report (March 1, 2019) |
| A.3 | EPA National Enforcement Investigations Center ("NEIC") Civil Investigation Report for December 4, 2019, Compliance Evaluation of Steri-Tech, Inc. Facility (signed February 5, 2020) |
| A.3 | NEIC Report Appendix A – Steri-Tech, Inc. Performance Source Testing Report Vol. 1 (January 2000) |
| A.4 | NEIC Report Appendix B – Steri-Tech, Inc. Thermal Oxidizer Performance Test Protocol "NAO Thermal Oxidizer Efficiency Test" (November 11, 2019) |
| A.5 | NEIC Report Appendix C – Thermal Oxidizer Temperature Strip Chart Recordings (August 1, 2018, through November 30, 2018) |
| A.6 | NEIC Report Appendix D – Thermal Oxidizer Temperature Strip Chart Recordings (September 1, 2019, through November 30, 2019) |
| A.7 | EPA Region 2 Inspection Report for December 4, 2019, Compliance Evaluation of Steri-Tech, Inc. Facility (signed May 21, 2020) |
| A.8 | E-mail from EPA to Steri-Tech, Inc. Transmitting December 4, 2019, Inspection Report (May 21, 2020) |
| A.9 | 40 C.F.R. Part 63, Subpart O, "Ethylene Oxide Emissions Standards for Sterilization Facilities" (up to date as of 2-16-2024) |
| A.10 | E-mails from Steri-Tech, Inc. to EPA Transmitting September, October, and November 2019 Thermal Oxidizer Temperature Strip Charts (January 3, 2020) |

| NUMBER | TITLE/DESCRIPTION |
|---|---|
| A.11 | E-mail from Steri-Tech, Inc. to EPA Confirming Temperature Data Recorded in Degrees Fahrenheit (February 19, 2019) |
| A.12 | Notice of Violation CAA-02-2021-1303 Issued to Steri-Tech, Inc. (June 29, 2021) |
| A.13 | Cover Letter for Notice of Violation CAA-02-2021-1303 (June 29, 2021) |
| A.14 | E-mail from EPA to Steri-Tech, Inc. Transmitting Notice of Violation CAA-02-2021-1303 (June 30, 2021) |
| A.15 | Steri-Tech, Inc. Written Response to Notice of Violation CAA-02-2021-1303 (July 19, 2021) |
| A.16 | Steri-Tech Response to Notice of Violation CAA-02-2021-1303 – Appendices 1 through 20 (July 19, 2021) (omits Appendix 3) |
| A.17 | Steri-Tech Response to Notice of Violation CAA-02-2021-1303 – Appendix 3 (July 19, 2021) |
| **B.** | **2021 Thermal Oxidizer Performance Test** |
| B.1 | EPA Request for Information Pursuant to Section 114 of the Clean Air Act, Reference Number CAA-02-2019-1458 Requiring Performance Test of Steri-Tech Thermal Oxidizer (August 22, 2019) |
| B.2 | Letter from Steri-Tech, Inc. to EPA Requesting Extension of Time to Submit Thermal Oxidizer Performance Test Protocol (September 27, 2019) |
| B.3 | Letter from EPA to Steri-Tech, Inc. Responding to Request for Time Extension to Submit Thermal Oxidizer Performance Test Protocol (October 3, 2019) |
| B.4 | Letter from Steri-Tech, Inc. to EPA Requesting Additional Time to Submit Thermal Oxidizer Performance Test Protocol (October 22, 2019) |
| B.5 | Letter from EPA to Steri-Tech, Inc. Responding to Request for Additional Time to Submit Thermal Oxidizer Performance Test Protocol (October 23, 2019) |
| B.6 | NAO Thermal Oxidizer Efficiency Test Protocol Submitted by Steri-Tech, Inc. (November 11, 2019) |
| B.7 | NAO Thermal Oxidizer Efficiency Test Protocol Rev.4 Submitted by Steri-Tech, Inc. (December 16, 2019) |
| B.8 | NAO Thermal Oxidizer Efficiency Test Protocol Rev.5 Submitted by Steri-Tech, Inc. (September 14, 2020) |

| NUMBER | TITLE/DESCRIPTION |
|---|---|
| B.9 | NAO Thermal Oxidizer Efficiency Test Protocol Rev.6 Submitted by Steri-Tech, Inc. (March 23, 2021) |
| B.10 | NAO Thermal Oxidizer Efficiency Test Protocol Rev.7 Submitted by Steri-Tech, Inc. (April 30, 2021) |
| B.11 | NAO Thermal Oxidizer Efficiency Test Protocol Rev.8 Submitted by Steri-Tech, Inc. (May 18, 2021) |
| B.12 | Letter from EPA to Steri-Tech, Inc. Comments on 11/11/19 Thermal Oxidizer Test Protocol (November 26, 2019) |
| B.13 | Letter from EPA to Steri-Tech, Inc. Comments on 9/14/20 Thermal Oxidizer Test Protocol (December 11, 2020) |
| B.14 | Letter from EPA to Steri-Tech, Inc. Comments on 12/16/19 Thermal Oxidizer Test Protocol (July 29, 2020) |
| B.15 | Letter from EPA to Steri-Tech, Inc. Comments on 3/23/21 Thermal Oxidizer Test Protocol (April 22, 2021) |
| B.16 | Letter from EPA to Steri-Tech, Inc. Approval of 5/18/21 Thermal Oxidizer Test Protocol (June 15, 2021) |
| B.17 | Thermal Oxidizer Performance Test Report (October 6, 2021) |
| B.18 | E-mail from EPA to Steri-Tech re Initial Comments on Test Report (October 13, 2021) |
| B.19 | E-mail from EPA to Steri-Tech re Additional Comments on Test Report Deficiencies (October 15, 2021) |
| B.20 | E-mail from Steri-Tech to EPA Submitting Second Addendum to Thermal Oxidizer Test Report (November 15, 2021) |
| B.21 | Second Addendum to Thermal Oxidizer Performance Test Report (November 15, 2021) |
| B.22 | Letter from EPA to Steri-Tech, Inc. Rejecting Thermal Oxidizer Performance Test Results (April 7, 2022) |
| B.23 | Enclosure to 4/7/22 Letter from EPA to Steri-Tech, Inc. Rejecting Performance Test Results (April 7, 2022) |

| NUMBER | TITLE/DESCRIPTION |
|---|---|
| B.24 | 40 C.F.R. 63.7 General Provisions "Performance Testing Requirements" (up to date as of 2-08-2024) |
| B.25 | EPA's Clean Air Act National Stack Testing Guidance (April 27, 2009) |
| **C.** | **Steri-Tech, Inc. Facility Permits** |
| C.1 | Regulation for the Control of Atmospheric Pollution ("RCAP") of the Commonwealth of Puerto Rico (July 1995) |
| C.2 | Federal Register Notice of EPA Final Rule Approving RCAP into Puerto Rico State Implementation Plan, 62 Fed. Reg. 3211 (January 22, 1997) |
| C.3 | Operation Permit PFE-RG-63-0715-0810-I-II-III-O for Catalytic Recuperative Oxidizer ("CRO" or "CRTO") at Steri-Tech, Inc. Facility (October 6, 2022) |
| C.4 | Revised Construction Permit PFE-63-1190-1154-I-II-C for Catalytic Recuperative Oxidizer at Steri-Tech, Inc. Facility (September 15, 2022) |
| C.5 | Modification of Construction Permit PFE-63-1190-1154-I-II-C for Catalytic Recuperative Oxidizer at Steri-Tech, Inc. Facility (July 26, 2022) |
| C.6 | Operation Permit PFE-RG-63-0308-0006-I-II-O for Thermal Oxidizer at Steri-Tech, Inc. Facility (December 10, 2009) |
| C.7 | Operation Permit PFE-RG-63-0715-0810-I-II-III-O for Thermal Oxidizer at Steri-Tech, Inc. Facility (April 28, 2021) |
| C.8 | Modification of Operation Permit PFE-RG-63-0715-0810-I-II-III-O for Thermal Oxidizer at Steri-Tech, Inc. Facility (November 8, 2021) |
| C.9 | Modification of Construction Permit PFE-63-1190-1154-I-II-C for Steri-Tech Facility (July 15, 2021) |
| C.10 | Permit Application Part 1 Submitted by Steri-Tech, Inc. to Puerto Rico Department of Natural and Environmental Resources ("DNER") for Operation of Catalytic Recuperative Oxidizer (August 25, 2022) |
| C.11 | Permit Application Part 2 Submitted by Steri-Tech, Inc. to DNER for Operation of Catalytic Recuperative Oxidizer (August 25, 2022) |

| NUMBER | TITLE/DESCRIPTION |
|---|---|
| C.12 | Permit Application Part 3 Submitted by Steri-Tech, Inc. to DNER for Operation of Catalytic Recuperative Oxidizer (August 25, 2022) |
| C.13 | Permit Application Part 4 Submitted by Steri-Tech, Inc. to DNER for Operation of Catalytic Recuperative Oxidizer (August 25, 2022) |
| C.14 | Permit Application Part 5 Submitted by Steri-Tech, Inc. to DNER for Operation of Catalytic Recuperative Oxidizer (August 25, 2022) |
| C.15 | Professional Engineer Certification Stamp for Steri-Tech, Inc. Permit Application (August 28, 2022) |
| C.16 | Letter from Steri-Tech, Inc. to DNER Challenging July 26, 2022, Construction Permit Modification Provisions (August 11, 2022) |
| C.17 | E-mail from Steri-Tech, Inc. to DNER re Catalytic Recuperative Oxidizer Permit (March 31, 2022) |
| C.18 | E-mail from Steri-Tech, Inc. to DNER re Catalytic Recuperative Oxidizer Construction Permit (August 15, 2022) |
| C.19 | E-mail from Steri-Tech to DNER re Permitting (January 17, 2022) |
| D. | **Catalytic Recuperative Thermal Oxidizer ("CRTO" or "CRO") Start-up and Performance Test** |
| D.1 | Protocol (Rev.1) For Ethylene Oxide Performance Testing of Steri-Tech, Inc. Catalytic Recuperative Thermal Oxidizer Stack (October 5, 2022) |
| D.2 | Letter from CleanAir Engineering to EPA Requesting Approval of Alternate Method for CRTO Performance Test (October 5, 2022) |
| D.3 | Letter from EPA to Steri-Tech, Inc. Approving Alternate Testing Procedures for CRTO Performance Test (November 8, 2022) |
| D.4 | Protocol (Rev.2) For Ethylene Oxide Performance Testing of Steri-Tech, Inc. CRTO Stack (January 19, 2023) |
| D.5 | Pond & Company EtO Facility Engineering Assessment Report (February 10, 2023) (*Contains Claimed CBI*) |
| D.6 | Protocol (Rev.3) For Ethylene Oxide Performance Testing of Steri-Tech, Inc. CRTO Stack (August 17, 2023) |

| NUMBER | TITLE/DESCRIPTION |
|---|---|
| D.7 | E-mail from Steri-Tech, Inc. to EPA Transmitting Revised Protocol (Rev.3) for CRTO Performance Test (August 22, 2023) |
| D.8 | Letter from EPA to Steri-Tech, Inc. Approving Protocol for CRTO Performance Test (September 29, 2023) |
| D.9 | Report Submitted by Steri-Tech, Inc. re First CRO Start-up Incident on October 28, 2022 (signed November 4, 2022) |
| D.10 | E-mail from Steri-Tech to EPA re Notification of October 2022 CRO Start-up Incident (November 7, 2022) |
| D.11 | Report Submitted by Steri-Tech, Inc. re Second CRO Start-up Incident on January 19, 2023 (dated January 23, 2023) |
| D.12 | Report Submitted by Steri-Tech, Inc. re Third CRO Start-up Incident on March 14, 2023 (dated March 15, 2023) |
| D.13 | Meeting Notes from EPA Call with Guayama District Fire Department re March 14, 2023, CRO Incident (dated March 21, 2023) |
| D.14 | EPA Memorandum Describing CRO Start-up Issues (June 28, 2023) |
| D.15 | E-mail from Steri-Tech, Inc. Counsel to EPA Transmitting Emission Control Developments PowerPoint (May 9, 2023) |
| D.16 | PowerPoint Presentation from Steri-Tech Describing Emission Control Plan for Facility (May 9, 2023) (*Contains Claimed CBI*) |
| D.17 | E-mail from Steri-Tech, Inc. to EPA Stating that CRO Is Operating (January 17, 2023) |
| D.18 | EPA E-mail Indicating Steri-Tech, Inc. Plans to Conduct CRO Performance Test in January 2023 (November 22, 2022) |
| D.19 | EPA Meeting Notes from December 19, 2022, Bi-weekly Call with Steri-Tech, Inc. re CRO Status |
| D.20 | EPA E-mail with Notes Documenting Call with Steri-Tech, Inc. re CRO Status (December 30, 2022) |
| D.21 | EPA Meeting Notes from Call with Steri-Tech, Inc. re January 19, 2023, CRO Start-up Incident (January 20, 2023) |

| NUMBER | TITLE/DESCRIPTION |
|---|---|
| D.22 | EPA E-mail with Meeting Notes from Call with Steri-Tech, Inc. re January 19, 2023, CRO Start-up Incident (January 25, 2023) |
| D.23 | EPA Meeting Notes from January 30, 2023, Bi-weekly Call with Steri-Tech, Inc. re CRO Status |
| D.24 | EPA E-mail with Meeting Notes from Bi-Weekly Call with Steri-Tech, Inc. re March 14, 2023, CRO Start-up Incident (March 27, 2023) |
| D.25 | EPA Meeting Notes from April 17, 2023, Bi-weekly Call with Steri-Tech, Inc. re CRO Status |
| D.26 | EPA E-mail with Notes from Call with Steri-Tech, Inc. re CRO Status (May 10, 2023) |
| D.27 | EPA E-mail with Notes from May 30, 2023, Site Visit to Steri-Tech, Inc. Facility re CRO Status (May 30, 2023) |
| D.28 | EPA E-mail Documenting Call with Steri-Tech, Inc. re CRO Status (June 20, 2023) |
| D.29 | EPA Meeting Notes from June 28, 2023, Bi-weekly Call with Steri-Tech, Inc. re CRO Status |
| D.30 | EPA E-mail with Notes from July 19, 2023, Site Visit to Steri-Tech, Inc. Facility re CRO Status (July 19, 2023) |
| D.31 | EPA E-mail Documenting Call with Steri-Tech, Inc. re CRO Status (August 15, 2023) |
| D.32 | EPA E-mail Documenting Call with Steri-Tech, Inc. re CRO Status (August 22, 2023) |
| D.33 | EPA E-mail Documenting Call with Steri-Tech, Inc. re CRO Status (August 29, 2023) |
| D.34 | EPA E-mail Documenting September 12, 2023, Call with Steri-Tech, Inc. re Confirming CRO in Continuous Operation Since September 4, 2023; Thermal Oxidizer Not Operating Since September 4, 2023; and CRO Performance Test Scheduled for Week of November 6, 2023 (September 12, 2023) |
| D.35 | EPA Meeting Notes from October 13, 2023, Call with Steri-Tech, Inc. re CRO Status (October 13, 2023) |
| E. | **Administrative Compliance Order** |
| E.1 | Administrative Compliance Order CAA-02-2024-1001 (issued October 23, 2023) |