# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| STERI-TECH, INC., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 24-1072 |
| | ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) |
| | ) |
| Respondent. | ) |

## UNOPPOSED MOTION TO FILE DEFERRED APPENDIX

Respondent United States Environmental Protection Agency ("EPA") hereby moves to proceed using the deferred appendix method authorized by Fed. R. App. P. 30(c), in lieu of filing the entire record or parts of the record. Because the administrative record is voluminous, EPA believes that using a deferred appendix will avoid burdening the Court with an excessive and unnecessary volume of paper and will facilitate clear and comprehensible references to the record in the Parties' briefs.

Petitioner does not oppose this motion.

Respectfully submitted,

TODD S. KIM
Assistant Attorney General

<u>/s/ Samuel B. Stratton</u>
SAMUEL B. STRATTON, Trial Attorney
First Circuit Bar # 1211326
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-6535
*Counsel for Respondent*

*Of counsel*:
Héctor Luis Vélez Cruz
U.S. Environmental Protection Agency
Region 2
City View Plaza II, Ste 7000
Guaynabo, PR 00968-8069

Dated: February 28, 2024

# CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of February, 2024, I electronically filed the foregoing Motion to File Deferred Appendix with the United States Court of Appeals for the First Circuit using the CM/ECF system, and that this document will be served electronically on all counsel of record.

                                          /s/ Samuel B. Stratton
                                          SAMUEL B. STRATTON
                                          United States Department of Justice
                                          Environmental Defense Section
                                          P.O. Box 7611
                                          Washington, D.C. 20044
                                          (202) 514-6535
                                          samuel.stratton@usdoj.gov