# United States Court of Appeals
## For the First Circuit

—————————————

No. 24-1072

STERI-TECH, INC.,

Petitioner,

v.

US ENVIRONMENTAL PROTECTION AGENCY, REGION II, CARIBBEAN
ENVIRONMENTAL PROTECTION DIVISION,

Respondent.

—————————————

## ORDER OF COURT

Entered: March 15, 2024
Pursuant to 1st Cir. R. 27.0(d)

Respondent US Environmental Protection Agency, Region II, Caribbean Environmental Protection Division's unopposed motion seeking leave to file a deferred appendix is granted. The parties shall adhere to the following briefing schedule:

1) The parties will file preliminary electronic versions of their principal briefs, containing references to the record, pursuant to the current briefing schedule, with paper copies deferred until after the appendix and final briefs are filed;

2) Within 21 days of appellees filing their answering brief, appellants will file the appendix, a final electronic opening brief containing references to the appendix, and a reply brief containing references to the appendix; and

3) Within 14 days of the appendix being filed, appellees will file a final electronic answering brief containing references to the appendix.

Except for the correction of typographical errors and the inclusion of references to the appendix, no other changes may be made to the parties' principal briefs. See Fed. R. App. P. 30(c). The clerk's office will set a deadline for filing final paper copies of the briefs after the final electronic versions are accepted for filing.

By the Court:

Maria R. Hamilton, Clerk

cc:
Rafael Toro-Ramirez
Hector Luis Velez Cruz
Mariana E. Bauzá-Almonte
Samuel B. Stratton