# United States Court of Appeals
## For the First Circuit

No. 24-1072

STERI-TECH, INC.,

Petitioner,

v.

US ENVIRONMENTAL PROTECTION AGENCY, REGION II, CARIBBEAN ENVIRONMENTAL PROTECTION DIVISION,

Respondent.

**ORDER OF COURT**

Entered: April 19, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Petitioner Steri-Tech, Inc. to file a brief be enlarged to and including **July 24, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Mariana E. Bauzá-Almonte
Samuel B. Stratton
Rafael Toro-Ramírez
Héctor Luis Vélez Cruz