# United States Court of Appeals
## For the First Circuit

———————————————

No. 24-1072

STERI-TECH, INC.,

Petitioner,

v.

US ENVIRONMENTAL PROTECTION AGENCY, REGION II, CARIBBEAN
ENVIRONMENTAL PROTECTION DIVISION,

Respondent.

———————————————

**ORDER OF COURT**

Entered: July 11, 2024
Pursuant to 1st Cir. R. 27.0(d)


Upon consideration of motion, it is ordered that the time for Petitioner Steri-Tech, Inc. to file a brief be enlarged to and including **October 24, 2024**.


By the Court:

Maria R. Hamilton, Clerk


cc:
Mariana E. Bauzá-Almonte
Samuel B. Stratton
Rafael Toro-Ramírez
Héctor Luis Vélez Cruz