# IN THE UNITED STATES FOR THE COURT OF APPEALS
## FOR THE FIRST CIRCUIT

| | |
|---|---|
| STERI-TECH, INC. | * |
| *Petitioner* | * |
| v. | * |
| | APPEAL No. **24-1072** |
| US ENVIRONMENTAL PROTECTION AGENCY, REGION II, CARIBBEAN ENVIRONMENAL PROTECION DIVISION | * |
| *Respondent* | * |

*************************************************************

## PETITIONER'S EMERGENCY REQUEST TO EXTEND TERM TO FILE BRIEF AND APPENDIX

TO THE COURT OF APPEALS:

**COMES NOW**, Petitioner Steri-Tech, Inc. (hereinafter "Petitioner") represented by counsel and very respectfully states and prays as follows:

1. On March 21, 2025, this Honorable Court granted Petitioner an extension of time to file its Brief for the Petitioner and Appendix, setting a deadline of April 7, 2025.

2. Petitioner and its counsel have been diligently working to meet this deadline. However, co-counsel, Mr. Toro Arsuaga, has been unable to contribute to the preparation of the brief due to an unforeseen and serious

medical emergency involving his wife, Mari Carmen, who was hospitalized on Saturday, March 29, 2025, and remains under medical care.

3. Given the complexity of the legal and factual issues in this case—and considering that Mr. Toro Arsuaga has been counsel of record since the inception of this matter—his direct involvement is critical to ensuring that Petitioner's brief is comprehensive, well-researched, and fully supported by the record.

4. Accordingly, Petitioner respectfully requests a brief extension of fifteen (15) additional working days, until Monday, April 28, 2025, to file its Brief for the Petitioner and any necessary supplemental appendices.

5. Furthermore, counsel for Petitioner has been in communication with counsel for Respondent, as both parties continue to explore potential avenues for settlement. These discussions remain active, and the parties have engaged in ongoing collaboration regarding key aspects of Petitioner's operations.

6. This request is made in good faith and not for the purpose of delay. The requested extension will not cause undue prejudice to Respondent, nor will it interfere with the Court's schedule.

**WHEREFORE,** Petitioner respectfully requests that this Honorable Court grant a brief extension of fifteen (15) working days, until April 28, 2025, for the

filing of its Brief for the Petitioner and any necessary appendices.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 2nd day of April 2025.

> **S/Lizabel M. Negrón-Vargas**
> **Lizabel M. Negrón-Vargas, Esq.**
> **Counsel for Petitioner Steri-Tech, Inc.**
> USCA 15106
> PO Box 360764
> San Juan, PR 00936-0764
> Tel. (787) 392-0450
> Fax (787) 281-0708
> e-mail: lizanegron@yahoo.com

**CERTIFICATE OF SERVICE FOR ELECTRONIC FILING**

I hereby certify that on this same date, *April 2, 2025,* I electronically filed with the United States Court of Appeals for the First Circuit by using the CM/ECF system, *Petitioner's Emergency Request to Extend Term to File Brief and Appendix*.

I certify that counsel for record for the adverse and interested parties are registered as ECF Filers and included in the Service List with preference of e-mail service, and as such they will be automatically served copies by the CM/ECF system.

In San Juan, Puerto Rico, this 2nd day of April 2025.

> **S/Lizabel M. Negrón-Vargas**
> **Lizabel M. Negrón-Vargas, Esq.**
> **Counsel for Petitioner Steri-Tech, Inc.**
> USCA 15106
> PO Box 360764

San Juan, PR 00936-0764
Tel. (787) 392-0450
Fax (787) 281-0708
e-mail: [lizanegron@yahoo.com](mailto:lizanegron@yahoo.com)