# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Local Rule 26.1 of the United States Court of Appeals for the First Circuit, Petitioner Steri-Tech, Inc. ("Steri-Tech") respectfully submits the following disclosure:

1. Steri-Tech is a nongovernmental corporate entity, incorporated under the laws of the Commonwealth of Puerto Rico.

2. Steri-Tech maintains its principal place of business in Salinas, Puerto Rico.

3. Steri-Tech has no parent corporation.

4. No publicly held corporation owns 10% or more of Steri-Tech's stock.