ORAL ARGUMENT NOT YET SCHEDULED

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

| | |
|---|---|
| STERI-TECH, INC., *Petitioner*, v. U.S. ENVIRONMENTAL PROTECTION AGENCY, *Respondent*. | No. 24-1072 |

**EPA'S UNOPPOSED MOTION FOR
30-DAY EXTENSION TO FILE RESPONSE BRIEF**

Respondent the United States Environmental Protection Agency moves for a 30-day extension of the deadline to file its answering brief, to June 27, 2025. Steri-Tech does not oppose this extension request.

Steri-Tech filed its opening brief on April 28, 2025. Pursuant to this Court's Order dated March 15, 2024, EPA's brief is due 30 days following service of Steri-Tech's opening brief, which will fall on May 28, 2025.

Good cause supports this unopposed motion. *See* Fed. R. App. P. 26(b). Undersigned counsel devoted the beginning of the briefing window to responding to Steri-Tech's motion to supplement the administrative record, which Steri-Tech

1

filed the day after filing its opening brief. Undersigned counsel also has a preexisting international vacation scheduled for the third and fourth weeks of May which overlaps with the existing deadline for EPA's response brief.

Thus, for good cause shown, and because no party objects, EPA respectfully requests that this Court extend EPA's answering brief deadline by 30 days, to June 27, 2025.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

Dated: May 13, 2025      */s/ Samuel B. Stratton*
SAMUEL B. STRATTON
United States Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611
Washington, DC 20044
(202) 514-6535
samuel.stratton@usdoj.gov

# CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion complies with the requirements of Fed. R. App. P. 27(d) because it contains 164 words and is formatted in double-spaced, 14-point Times New Roman font.

DATE: May 13, 2025                                          Respectfully submitted,

*/s/ Samuel B. Stratton*
Samuel B. Stratton

# CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, I filed the foregoing motion via the Court's CM/ECF system, which will provide electronic notice to all registered counsel.

*/s/ Samuel B. Stratton*
Samuel B. Stratton