# United States Court of Appeals
## For the First Circuit

No. 24-1072

STERI-TECH, INC.,

Petitioner,

v.

US ENVIRONMENTAL PROTECTION AGENCY, REGION II, CARIBBEAN ENVIRONMENTAL PROTECTION DIVISION,

Respondent.

**ORDER OF COURT**

Entered: May 16, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Respondent US Environmental Protection Agency, Region II, Caribbean Environmental Protection Division to file a brief be enlarged to and including **June 27, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mariana E. Bauzá-Almonte
Lizabel M. Negrón-Vargas
Samuel B. Stratton
Rafael Toro-Ramírez
Héctor Luis Vélez Cruz