# United States Court of Appeals
## For the First Circuit

No. 24-1072

STERI-TECH, INC.,

Petitioner,

v.

US ENVIRONMENTAL PROTECTION AGENCY, REGION II, CARIBBEAN ENVIRONMENTAL PROTECTION DIVISION,

Respondent.

**ORDER OF COURT**

Entered: May 20, 2025

Petitioner's opposed motion to supplement the record is deferred to the panel that hears the merits of the case.

In light of this deferral, the extra-record documents cited by petitioner will be provisionally accepted for filing. Within two weeks of the date of this order, petitioner shall file a separate supplemental appendix that includes all of the documents provisionally accepted for filing.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lizabel M. Negron-Vargas
Rafael A. Toro-Ramírez
Héctor Luis Vélez Cruz
Mariana E. Bauzá-Almonte
Samuel B. Stratton