# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| STERI-TECH, INC.,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | No. 24-1072 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. App. P. 42(b)(1), Petitioner Steri-Tech, Inc., and Respondent U.S. Environmental Protection Agency stipulate to the dismissal of this case.

Steri-Tech challenges an Administrative Compliance Order that EPA issued to Steri-Tech on October 23, 2023. Because that Order terminated by its own terms 180 days after its effective date, and because Steri-Tech has completed the Order's substantive requirements, the parties agree that Steri-Tech's challenge to the Order is moot. *See O'Neil v. Canton Police Dep't*, 116 F.4th 25, 30 (1st Cir. 2024) ("Mootness occurs when subsequent events unfold such that standing no longer exists . . .").

1

The Court "must dismiss a docketed appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any court fees that are due." Fed. R. App. P. 42(b)(1). The parties hereby stipulate and agree that this case be dismissed without any determination as to the merits of Steri-Tech's petition. Each party shall bear its own costs and attorneys' fees associated with this proceeding.

Dated July 30, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/Lizabel M. Negrón-Vargas* | ADAM R.F. GUSTAFSON |
| Lizabel M. Negrón-Vargas, Esq. | *Acting Assistant Attorney General* |
| USCA-01 15106 | |
| Tel: 787-392-0450 Fax: 787-281-0708 | */s/ Samuel B. Stratton* |
| PO Box 360764 | SAMUEL B. STRATTON |
| San Juan, PR 00936-0764 | United States Department of Justice |
| lizanegron@yahoo.com | Environment & Natural Resources Div. |
| | P.O. Box 7611 |
| */s/ Rafael A. Toro-Ramírez* | Washington, DC 20044 |
| USCA-01 27304 | (202) 514-6535 |
| TORO & ARSUAGA, LLC | samuel.stratton@usdoj.gov |
| P.O. Box 11064 | |
| San Juan, P.R. 00922-1064 | *Counsel for Respondent* |
| Tel 787.299-1100 Fax 787.793.1146 | |
| rtoro@toro-arsuaga.com | |

*Counsel for Petitioner*

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, I filed the foregoing Joint Stipulation of Dismissal via the Court's CM/ECF system, which will provide electronic notice to all registered counsel.

*/s/ Samuel B. Stratton*
Samuel B. Stratton
