# United States Court of Appeals
## For the First Circuit

No. 24-1072

STERI-TECH, INC.,

Petitioner,

v.

US ENVIRONMENTAL PROTECTION AGENCY, REGION II, CARIBBEAN ENVIRONMENTAL PROTECTION DIVISION,

Respondent.

**JUDGMENT**

Entered: August 1, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lizabel M. Negrón-Vargas
Rafael Toro-Ramirez
Héctor Luis Vélez Cruz
Mariana E. Bauzá-Almonte
Samuel B. Stratton