# United States Court of Appeals
## For the First Circuit

No. 24-1072

STERI-TECH, INC.,

Petitioner,

v.

US ENVIRONMENTAL PROTECTION AGENCY, REGION II, CARIBBEAN ENVIRONMENTAL PROTECTION DIVISION,

Respondent.

**MANDATE**

Entered: August 1, 2025

In accordance with the judgment of August 1, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mariana E. Bauzá-Almonte
Lizabel M. Negrón-Vargas
Samuel B. Stratton
Rafael Toro-Ramírez
Héctor Luis Vélez Cruz